UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

DELORICE BRAGG, as Administratrix )
of the Estate of Don Israel Bragg, )
and )
FREDA HATFIELD, as Administratrix )
of the Estate of Ellery Hatfield, )
)
)
Plaintiffs, )
) Civil Action No. 2:10-cv-00683
v. ) Judge John T. Copenhaver, Jr.
)
UNITED STATES OF AMERICA, )
) Electronically Filed
)
Defendant. )

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs in the above-captioned case, Delorice Bragg, as Administratrix of the Estate of Don Israel Bragg, and Freda Hatfield, as Administratrix of the Estate of Ellery Hatfield ("Plaintiffs"), through their undersigned counsel, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Judgment Order and Memorandum Opinion and Order entered in this action on the 7th day of February, 2011, granting the United States' motion to dismiss pursuant to Rule 12(b)(1).

Respectfully submitted,

/s/ Bruce E. Stanley
Bruce E. Stanley
WV Bar ID 5434
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222

(412) 288-7254
bstanley@reedsmith.com

April 6, 2011   Counsel to Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2011, I filed the forgoing Notice of Appeal via Electronic Case Filing (ECF). Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all CM/ECF participants associated with this case.

>Fred B. Westfall, Jr.
>Assistant United States Attorney
>Attorney for United States
>P.O. Box 1713
>Charleston, WV 25326
>fred.westfall@usdoj.gov

Dated: April 6, 2011 /s/ Bruce E. Stanley