```
          UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

DELORICE BRAGG,
as Administratrix of the
Estate of Don Israel Bragg, and
FREDA HATFIELD,
as Administratrix of the Estate of
Ellery Hatfield,

        Plaintiffs

v.                            Civil Action No. 2:10-0683

UNITED STATES OF AMERICA,

        Defendant

## ORDER

Pending is the plaintiffs' petition for approval of settlement and release filed July 11, 2014.  It is ORDERED that the plaintiffs be, and hereby are, directed to furnish to the court under seal for _in camera_ review, no later than July 25, 2014, the executed full and final releases of the estates referenced in paragraph 2 of the petition and previously filed under seal in the Circuit Court of Logan County, obtaining the authorization of the circuit court if required by the applicable protective order.

The Clerk is directed to transmit this order to all counsel of record and to any unrepresented parties.

                                            DATED: July 18, 2014

                                            John T. Copenhaver, Jr.
                                            United States District Judge